# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2680

_____

KAILEN A. KELLY,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton Alan Drake, Judge.

May 29, 2026

PER CURIAM.

   AFFIRMED.

ROBERTS, M.K. THOMAS, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kailen A. Kelly, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.